**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HIRAM JAIR ANTUNEZ OLIVER, | Case No.: 2:26-cv-01473-APG-BNW |
| Petitioner | **Order Granting Unopposed Motion to Dismiss and Closing Case** |
| v. | [ECF No. 11] |
| WARDEN, NEVADA SOUTHERN DETENTION CENTER, et al., | |
| Respondents | |

The respondents move to dismiss petitioner Hiram Jair Antunez Oliver's petition for writ of habeas corpus as moot because Oliver voluntarily departed the United States. ECF No. 11. Oliver did not oppose dismissal, so he consents to the granting of the motion. LR 7-2(d).

I THEREFORE ORDER that the respondents' motion to dismiss (ECF No. 11) is GRANTED and petitioner Hiram Jair Antunez Oliver's petition for writ of habeas corpus and all pending motions (ECF Nos. 1-5) are DENIED as moot. The clerk of court is instructed to close this case.

DATED this 7th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE